STEPHEN V. BOMSE (Bar No. 40486)
E-Mail: stephen.bomse@hellerehrman.com
CATHERINE P. ROSEN (Bar No. 62662)
E-Mail: catherine.rosen@hellerehrman.com
BETH P. McLAIN (Bar No. 232916)
E-Mail: beth.mclain@hellerehrman.com
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BADCO MUSIC, INC., VIRGINIA BEACH MUSIC, HERBILICIOUS MUSIC, BLACK FOUNTAIN MUSIC, CHRIS ISAAK D/B/A C. ISAAK MUSIC PUBLISHING CO., VARRY WHITE MUSIC, EX VW, INC., LOC'D OUT MUSIC, EMI APRIL MUSIC INC., DESMOBILE, INC., BON JOVI PUBLISHING, UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., AGGRESSIVE MUSIC AND IMPULSIVE MUSIC,<br><br>                              Plaintiffs,<br><br>     v.<br><br>DBC ENTERPRISES, INC. AND KEITH A. KWASNEY,<br><br>                              Defendants. | Case No.: C-06-7711-MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS DBC ENTERPRISES, INC. AND KEITH A. KWASNEY** |

NOTICE OF VOLUNTARY DISMISSAL

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure
2  41(a) and pursuant to a Settlement Agreement between Plaintiffs Badco Music, Inc., et al.,
3  and Defendants DBC Enterprises, Inc. and Keith A. Kwasney, Plaintiffs voluntarily dismiss
4  the above-captioned action with prejudice.

Dated: April 12, 2007                    Respectfully submitted,

                                         HELLER EHRMAN LLP


                                         By:    /s/
                                                Beth P. McLain
                                                Attorneys for Plaintiffs

IT IS SO ORDERED.


Dated: April 13, 2007                    _____
                                         The Honorable Marilyn H. Patel
                                         United States District Judge

*IT IS SO ORDERED* — Judge Marilyn H. Patel, United States District Court, Northern District of California

2

NOTICE OF VOLUNTARY DISMISSAL